1:14MJ00199SAB

**FILED**
NOV 7 2014
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## United States District Court — Violation Notice

CVB Location Code: CA-42

Violation Number: F 3827933
Officer Name (Print): Kevin Meyer
Officer No.: 401

**YOU ARE CHARGED WITH THE FOLLOWING VIOLATION**

Date and Time of Offense: 10/10/2013
Offense Charged: 36 CFR 261.9(b)
Place of Offense: Dinkey Mill Work Center
Offense Description: Removing any natural feature or other property of the United States.

**DEFENDANT INFORMATION**
Last Name: McPherson
First Name: Robert
M.I.: K

Tag No.: SMS4467
State: CA
Year: —
Make: Toy
Type: PU
Color: Grey

A ☒ IF BOX A IS CHECKED, YOU MUST APPEAR IN COURT.
B ☐ IF BOX B IS CHECKED, YOU MUST PAY AMOUNT INDICATED BELOW OR APPEAR IN COURT.

Forfeiture Amount: $
+ $25 Processing Fee
PAY THIS AMOUNT → $ NA
Total Collateral Due

**YOUR COURT DATE**
Court Address: will be notified by mail.
Date: —
Time: —

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or pay the total collateral due.

X Defendant Signature: [signed]

Previous edition is obsolete   Original - CVB Copy   FS-5300-4 (7/05)

---

### STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on April 21, 2014 while exercising my duties as a law enforcement officer in the Eastern District of California:

I interviewed Mr. McPherson at his cabin located at Dinkey Creek after multiple attempts over the past few months. McPherson was suspected of removing fuel from the Forest Service, Dinkey Mill Work Center on several occasions from September 2013 thru October 2013. Evidence collected from the thefts showed the vehicle tire impressions as an exact match to Robert McPherson's Toyota Pickup. McPherson was stopped on October 13, 2013 and found in possession of a large quantity of diesel and other fuel in the rear bed of his pickup. The tire wear pattern and tire tread were an exact match to tire impressions found at the fuel theft at the Dinkey Mill Fire Station. Robert McPherson was arrested on October 13, 2013 for possession of a controlled substance, then again on November 24, 2013 for theft of copper pipe. McPherson was cited on April 21, 2014 for the unauthorized removal of fuel. Investigation shows Robert McPherson took the Government property.

The foregoing statement is based upon:
☐ my personal observation  ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☒ other (explain above) investigation.

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 04/21/2014   Officer's Signature: [signed Kevin Meyer]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____   U.S. Magistrate Judge