```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KENNETH JENQ
    Special Assistant U.S. Attorney
 3  MISDEMEANOR UNIT
    2500 Tulare Street, Suite 4401
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6  Attorneys for Plaintiff
 7
```

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 1:14-mj-00199-SAB (Citation No. F3827933) |
|---|---|
| Plaintiff, | |
| v. | MOTION AND ORDER FOR DISMISSAL |
| ROBERT MCPHERSON, | |
| Defendant. | |

The United States of America, by and through Benjamin B. Wagner, United States Attorney, and Kenneth Jenq, Special Assistant United States Attorney, hereby moves to dismiss Case No. 1:14-mj-00199-SAB (Citation Number F3827933) against ROBERT MCPHERSON without prejudice in the interest of justice, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

DATED: December 9, 2014          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                           By:   /s/ Kenneth Jenq
                                 KENNETH JENQ
                                 Special Assistant U.S. Attorney

**O R D E R**

IT IS HEREBY ORDERED that Case No. 1:14-mj-00199-SAB (Citation Number F3827933) against ROBERT MCPHERSON be dismissed without prejudice, in the interest of justice.

IT IS SO ORDERED.

Dated:   **December 9, 2014**

UNITED STATES MAGISTRATE JUDGE